US SUPPLY CO INC
50 PORTLAND ROAD
W. CONSHOHOCKEN  PA 19428

Period Ending: 09/22/2019

Taxable Marital Status: Single
Exemptions/Allowances:
    Federal:    0
    PA:    N/A

ROBERT LEE WITTMAN JR
1520 NEW RODGERS ROAD
LEVITTOWN  PA 19056

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 21.5000 | 80.00 | 1,720.00 | 31,524.58 |
| Overtime | 32.2500 | 9.42 | 303.80 | 3,763.78 |
| Bonus | | | | 6,050.63 |
| Flexible Time | | | | 2,451.48 |
| Holiday | | | | 947.26 |
| Gross Pay | | | $2,023.80 | 44,737.73 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Max Elig/Comp | 2,023.80 | 44,737.73 |

Deductions    Statutory
| Federal Income Tax | -253.80 | 6,126.86 |
| Social Security Tax | -125.48 | 2,773.74 |
| Medicare Tax | -29.35 | 648.70 |
| PA State Income Tax | -62.13 | 1,373.44 |
| Middletown T Income Tax | -10.12 | 223.68 |
| PA SUI/SDI Tax | -1.21 | 26.84 |
| Bristol Boro Local Svc Tax | | 10.00 |

Net Pay    $1,541.71
Chk1    -1,541.71
Net Check    $0.00

Your federal taxable wages this period are
$2,023.80

US SUPPLY CO INC
50 PORTLAND ROAD
W. CONSHOHOCKEN  PA 19428

Advice number:    00000390029
Pay date:    09/27/2019

Deposited to the account of    account number    transit ABA    amount
ROBERT LEE WITTMAN JR    xx4774    xxxx xxxx    $1,541.71

THIS IS NOT A CHECK

NON-NEGOTIABLE

US SUPPLY CO INC
50 PORTLAND ROAD
W. CONSHOHOCKEN  PA 19428

Period Ending: 09/06/2019

Taxable Marital Status: Single
Exemptions/Allowances:
 Federal: 0
 PA: N/A

ROBERT LEE WITTMAN JR
1520 NEW RODGERS ROAD
LEVITTOWN PA 19056

**Earnings**

| | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 21.5000 | 67.75 | 1,456.63 | 29,804.56 |
| Flexible Time | 21.5000 | 8.00 | 172.00 | 2,481.46 |
| Holiday | 21.5000 | 8.00 | 172.00 | 947.28 |
| Overtime | | | | 3,459.98 |
| Bonus | | | | 6,050.63 |
| **Gross Pay** | | | **$1,800.63** | 42,713.93 |

**Other Benefits and Information**

| | this period | total to date |
|---|---|---|
| Max Elig/Comp | 1,800.63 | 42,713.93 |

**Deductions**

Statutory
| | | |
|---|---|---|
| Federal Income Tax | -204.71 | 5,672.06 |
| Social Security Tax | -111.64 | 2,648.26 |
| Medicare Tax | -26.11 | 619.35 |
| PA State Income Tax | -55.28 | 1,311.31 |
| Middletown T Income Tax | -9.00 | 213.56 |
| PA SUI/SDI Tax | -1.06 | 25.63 |
| Bristol Boro Local Svc Tax | | 10.00 |

**Net Pay** $1,392.81
Chk1  -1,392.81
**Net Check** $0.00

Your federal taxable wages this period are
$1,800.63

US SUPPLY CO INC
50 PORTLAND ROAD
W. CONSHOHOCKEN  PA 19428

Advice number: 00000370029
Pay date: 09/13/2019

Deposited to the account of
ROBERT LEE WITTMAN JR

| account number | transit ABA | amount |
|---|---|---|
| xxx4774 | xxxx xxxx | $1,392.81 |

**THIS IS NOT A CHECK**

**NON-NEGOTIABLE**

Pay Summary 2019-SS-1

| | | | | | |
|---|---|---|---|---|---|
| US Supply | Period Beginning Date 7/29/2019 | Pay Date 8/16/2019 | Co. UAC | Clock | Home Dept 020000 |
| Robert Lee Wittman Jr 1520 New Rodgers Road Levittown, PA 19056 | Period Ending Date 8/11/2019 | WGPS Advance Pay Date | File # 000108 | Number 00330029 | Worked in Dept 020000 |

**Gross Pay** — $ 1,982.84
- Regular — Rate: 21.5000 — Hours: 80.00 — $ 1,720.00
- Overtime — Rate: 32.2500 — Hours: 8.15 — $ 262.84

**Taxes** — $ 468.45
- Federal Income Tax — $ 244.79
- Social Security — $ 122.94
- Medicare — $ 28.75
- State Worked In: Pennsylvania — Code: PA — $ 60.87
- SUI/SDI: Pennsylvania (Taxing) — Code: 59 — $ 1.19
- Locality Lived In: 090805 Middletown — Code: 5609 — $ 9.91

**Deductions** — $ 0.00

**Take Home** — $ 1,514.39
- Chk1 — $ 1,514.39

**Other Details**

Memos
- Max Elig/comp — 1,982.84

Pay Summary: **2019 - 31 - 1**

| | | | | | |
|---|---|---|---|---|---|
| US Supply | Period Beginning Date 7/15/2019 | Pay Date 8/2/2019 | Co. UAC | Clock | Home Dept 020000 |
| Robert Lee Wittman Jr 1520 New Rodgers Road Levittown, PA 19056 | Period Ending Date 7/28/2019 | WGPS Advance Pay Date | File # 000108 | Number 00310029 | Worked in Dept 020000 |

| | | | |
|---|---|---|---|
| **Gross Pay** | | | **$ 3,028.53** |
| Regular | Rate: 21.5000 | Hours: 80.00 | $ 1,720.00 |
| Overtime | Rate: 32.2500 | Hours: 6.90 | $ 222.53 |
| Bonus (field 3) | | | $ 1,000.00 |
| Flexible Time Off (field 3) | Rate: 21.5000 | Hours: 4.00 | $ 86.00 |
| **Taxes** | | | **$ 816.47** |
| Federal Income Tax | | | $ 474.84 |
| Social Security | | | $ 187.77 |
| Medicare | | | $ 43.92 |
| State Worked In: Pennsylvania | Code: PA | | $ 92.98 |
| SUI/SDI: Pennsylvania (Taxing) | Code: 59 | | $ 1.82 |
| Locality Lived In: 090805 Middletown | Code: 5609 | | $ 15.14 |
| **Deductions** | | | **$ 0.00** |
| **Take Home** | | | **$ 2,212.06** |
| Chk 1 | | | $ 2,212.06 |

Other Details

| | |
|---|---|
| Memos | |
| Max Elig/comp | 3,028.53 |

Pay Summary: **2019 - 29 - 1**

| | | | | | | |
|---|---|---|---|---|---|---|
| US Supply | **Period Beginning Date** 7/1/2019 | **Pay Date** 7/19/2019 | **Co.** UAC | **Clock** | **Home Dept** 020000 | |
| Robert Lee Wittman Jr 1520 New Rodgers Road Levittown, PA 19056 | **Period Ending Date** 7/14/2019 | **WGPS Advance Pay Date** | **File #** 000108 | **Number** 00290029 | **Worked in Dept** 020000 | |

| | | | | |
|---|---|---|---|---|
| Gross Pay | | | | $ 2,028.96 |
| Regular | Rate: 21.5000 | | Hours: 77.17 | $ 1,659.16 |
| Overtime | Rate: 32.2500 | | Hours: 0.80 | $ 25.80 |
| Flexible Time Off (field 3) | Rate: 21.5000 | | Hours: 8.00 | $ 172.00 |
| Holiday (field 3) | Rate: 21.5000 | | Hours: 8.00 | $ 172.00 |
| Taxes | | | | $ 483.81 |
| Federal Income Tax | | | | $ 254.94 |
| Social Security | | | | $ 125.80 |
| Medicare | | | | $ 29.42 |
| State Worked in: Pennsylvania | Code: PA | | | $ 62.29 |
| SUI/SDI: Pennsylvania (Taxing) | Code: 59 | | | $ 1.22 |
| Locality Lived In: 090805 Middletown | Code: 5609 | | | $ 10.14 |
| Deductions | | | | $ 0.00 |
| Take Home | | | | $ 1,545.15 |
| Chk1 | | | | $ 1,545.15 |

Other Details

Memos

| | |
|---|---|
| Max Elig/comp | 2,028.96 |

Pay Summary: **2019 - 27 - 1**

| US Supply | Period Beginning Date 6/17/2019 | Pay Date 7/5/2019 | Co. UAC | Clock | Home Dept 020000 |
|---|---|---|---|---|---|
| Robert Lee Wittman Jr<br>1520 New Rodgers Road<br>Levittown, PA 19056 | Period Ending Date 6/30/2019 | WGPS Advance Pay Date | File # 000108 | Number 00270029 | Worked In Dept 020000 |

| | | | |
|---|---|---|---|
| **Gross Pay** | | | **$ 2,131.19** |
| Regular | Rate: 21.5000 | Hours: 80.00 | $ 1,720.00 |
| Overtime | Rate: 32.2500 | Hours: 12.75 | $ 411.19 |
| **Taxes** | | | **$ 517.83** |
| Federal Income Tax | | | $ 277.43 |
| Social Security | | | $ 132.13 |
| Medicare | | | $ 30.90 |
| State Worked In: Pennsylvania | Code: PA | | $ 65.43 |
| SUI/SDI: Pennsylvania (Taxing) | Code: 59 | | $ 1.28 |
| Locality Lived In: 090805 Middletown | Code: 5609 | | $ 10.66 |
| **Deductions** | | | **$ 0.00** |
| **Take Home** | | | **$ 1,613.36** |
| Chk1 | | | $ 1,613.36 |

Other Details

Memos

Max Elig/comp  2,131.19

https://workforcenow.adp.com/wfn-static/20.0.10.24/common/print.html    8/16/2019

Pay Summary: **2019 - 25 - 1**

| | | | | | |
|---|---|---|---|---|---|
| US Supply | Period Beginning Date 6/3/2019 | Pay Date 6/21/2019 | Co. UAC | Clock | Home Dept 020000 |
| Robert Lee Wittman Jr 1520 New Rodgers Road Levittown, PA 19056 | Period Ending Date 6/16/2019 | WGPS Advance Pay Date | File # 000108 | Number 00250030 | Worked In Dept 020000 |

| | | | |
|---|---|---|---|
| **Gross Pay** | | | $ 2,086.62 |
| Regular | Rate: 20.4500 | Hours: 80.00 | $ 1,636.00 |
| Overtime | Rate: 30.6750 | Hours: 14.69 | $ 450.62 |
| **Taxes** | | | $ 502.99 |
| Federal Income Tax | | | $ 267.62 |
| Social Security | | | $ 129.37 |
| Medicare | | | $ 30.26 |
| State Worked In: Pennsylvania | Code: PA | | $ 64.06 |
| SUI/SDI: Pennsylvania (Taxing) | Code: 59 | | $ 1.25 |
| Locality Lived In: 090805 Middletown | Code: 5609 | | $ 10.43 |
| **Deductions** | | | $ 0.00 |
| **Take Home** | | | $ 1,583.63 |
| Chk1 | | | $ 1,583.63 |

Other Details

Memos

Max Elig/comp ......................................................................................................... 2,086.62

Pay Summary: **2019 - 23 - 1**

| | | | | | |
|---|---|---|---|---|---|
| US Supply | Period Beginning Date 5/20/2019 | Pay Date 6/7/2019 | Co. UAC | Clock | Home Dept 020000 |
| Robert Lee Wittman Jr 1520 New Rodgers Road Levittown, PA 19056 | Period Ending Date 6/2/2019 | WGPS Advance Pay Date | File # 000108 | Number 00230029 | Worked In Dept 020000 |

| | | | |
|---|---|---|---|
| **Gross Pay** | | | **$ 1,834.26** |
| Regular | Rate: 20.4500 | Hours: 77.12 | $ 1,577.10 |
| Overtime | Rate: 30.6750 | Hours: 3.05 | $ 93.56 |
| Holiday (field 3) | Rate: 20.4500 | Hours: 8.00 | $ 163.60 |
| **Taxes** | | | **$ 418.99** |
| Federal Income Tax | | | $ 212.10 |
| Social Security | | | $ 113.72 |
| Medicare | | | $ 26.59 |
| State Worked In: Pennsylvania | Code: PA | | $ 56.31 |
| SUI/SDI: Pennsylvania (Taxing) | Code: 59 | | $ 1.10 |
| Locality Lived In: 090805 Middletown | Code: 5609 | | $ 9.17 |
| **Deductions** | | | **$ 0.00** |
| **Take Home** | | | **$ 1,415.27** |
| Chk1 | | | $ 1,415.27 |

Other Details

Memos

Max Elig/comp    1,834.26

Pay Summary: **2019 - 21 - 1**

| | | | | | | |
|---|---|---|---|---|---|---|
| US Supply | Period Beginning Date 5/6/2019 | Pay Date 5/24/2019 | Co. UAC | Clock | Home Dept 020000 | |
| Robert Lee Wittman Jr<br>1520 New Rodgers Road<br>Levittown, PA 19056 | Period Ending Date 5/19/2019 | WGPS Advance Pay Date | File # 000108 | Number 00210030 | Worked In Dept 020000 | |

| | | | |
|---|---|---|---|
| **Gross Pay** | | | $ 1,878.95 |
| Regular | Rate: 20.4500 | Hours: 75.88 | $ 1,551.75 |
| Flexible Time Off (field 3) | Rate: 20.4500 | Hours: 16.00 | $ 327.20 |
| **Taxes** | | | $ 433.89 |
| Federal Income Tax | | | $ 221.94 |
| Social Security | | | $ 116.50 |
| Medicare | | | $ 27.25 |
| State Worked In: Pennsylvania | Code: PA | | $ 57.68 |
| SUI/SDI: Pennsylvania (Taxing) | Code: 59 | | $ 1.13 |
| Locality Lived In: 090805 Middletown | Code: 5609 | | $ 9.39 |
| **Deductions** | | | $ 0.00 |
| **Take Home** | | | $ 1,445.06 |
| Chk1 | | | $ 1,445.06 |

Other Details

Memos

Max Elig/comp    1,878.95

Pay Summary: **2019 - 19 - 1**

| | | | | | |
|---|---|---|---|---|---|
| US Supply | Period Beginning Date 4/22/2019 | Pay Date 5/10/2019 | Co. UAC | Clock | Home Dept 020000 |
| Robert Lee Wittman Jr 1520 New Rodgers Road Levittown, PA 19056 | Period Ending Date 5/5/2019 | WGPS Advance Pay Date | File # 000108 | Number 00190029 | Worked In Dept 020000 |

| | | | |
|---|---|---|---|
| **Gross Pay** | | | $ 1,935.56 |
| Regular | Rate: 20.4500 | Hours: 80.00 | $ 1,636.00 |
| Overtime | Rate: 30.6750 | Hours: 7.92 | $ 242.95 |
| Bonus (field 3) | | | $ 56.61 |
| **Taxes** | | | $ 452.71 |
| Federal Income Tax | | | $ 234.39 |
| Social Security | | | $ 120.00 |
| Medicare | | | $ 28.06 |
| State Worked In: Pennsylvania | Code: PA | | $ 59.42 |
| SUI/SDI: Pennsylvania (Taxing) | Code: 59 | | $ 1.16 |
| Locality Lived In: 090805 Middletown | Code: 5609 | | $ 9.68 |
| **Deductions** | | | $ 0.00 |
| **Take Home** | | | $ 1,482.85 |
| Chk 1 | | | $ 1,482.85 |

Other Details

Memos

Max Elig/comp      1,935.56

Pay Summary: **2019 - 17 - 1**

| | | | | | |
|---|---|---|---|---|---|
| US Supply | Period Beginning Date 4/8/2019 | Pay Date 4/26/2019 | Co. UAC | Clock | Home Dept 020000 |
| Robert Lee Wittman Jr 1520 New Rodgers Road Levittown, PA 19056 | Period Ending Date 4/21/2019 | WGPS Advance Pay Date | File # 000108 | Number 00170028 | Worked in Dept 020000 |

| | | | |
|---|---|---|---|
| **Gross Pay** | | | **$ 1,852.26** |
| Regular | Rate: 20.4500 | Hours: 79.87 | $ 1,633.34 |
| Overtime | Rate: 30.6750 | Hours: 4.47 | $ 137.12 |
| Holiday (field 3) | Rate: 20.4500 | Hours: 4.00 | $ 81.80 |
| **Taxes** | | | **$ 424.99** |
| Federal Income Tax | | | $ 216.06 |
| Social Security | | | $ 114.84 |
| Medicare | | | $ 26.86 |
| State Worked In: Pennsylvania | Code: PA | | $ 56.86 |
| SUI/SDI: Pennsylvania (Taxing) | Code: 59 | | $ 1.11 |
| Locality Lived In: 090805 Middletown | Code: 5609 | | $ 9.26 |
| **Deductions** | | | **$ 0.00** |
| **Take Home** | | | **$ 1,427.27** |
| Chk1 | | | $ 1,427.27 |

Other Details

Memos

Max Elig/comp     1,852.26

Pay Summary: **2019 - 15 - 1**

| US Supply | Period Beginning Date 3/25/2019 | Pay Date 4/12/2019 | Co. UAC | Clock | Home Dept 020000 |
|---|---|---|---|---|---|
| Robert Lee Wittman Jr 1520 New Rodgers Road Levittown, PA 19056 | Period Ending Date 4/7/2019 | WGPS Advance Pay Date | File # 000108 | Number 00150027 | Worked In Dept 020000 |

| | | | | |
|---|---|---|---|---|
| **Gross Pay** | | | | $ 1,889.07 |
| Regular | Rate: 20.4500 | | Hours: 80.00 | $ 1,636.00 |
| Overtime | Rate: 30.6750 | | Hours: 8.25 | $ 253.07 |
| **Taxes** | | | | $ 437.25 |
| Federal Income Tax | | | | $ 224.16 |
| Social Security | | | | $ 117.13 |
| Medicare | | | | $ 27.39 |
| State Worked In: Pennsylvania | Code: PA | | | $ 57.99 |
| SUI/SDI: Pennsylvania (Taxing) | Code: 59 | | | $ 1.13 |
| Locality Lived In: 090805 Middletown | Code: 5609 | | | $ 9.45 |
| **Deductions** | | | | $ 0.00 |
| **Take Home** | | | | $ 1,451.82 |
| Chk 1 | | | | $ 1,451.82 |

**Other Details**

Memos

Max Elig/comp  1,889.07