# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
|    Robert L. Wittman, Jr. | : | Chapter 13 |
| | : | |
|    Debtor | : | Case No.: 19-16594-mdc |

## ORDER GRANTING MOTION FOR SPECIFIC RELIEF FROM THE AUTOMATIC STAY TO PROCEED IN DIVORCE PURSUANT TO 11 U.S.C. SECTION 362

AND NOW, this __31st__ day of ___May___ 2022 upon consideration of the Motion of Robert L. Wittman, for specific relief from the Automatic Stay, it is hereby;

ORDERED and DECREED that:

The Divorce matter filed in the Bucks County Court of Common Pleas, captioned Wittman v. Wittman and numbered 2019-60636 shall proceed. The automatic stay shall continue indefinitely as to all other creditors.

_____
MAGDELINE D. COLEMAN
CHIEF U.S. BANKRUPTCY JUDGE